IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Karen E. Wells, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00116 |
| v. | : | Judge Economus |
| Wal-Mart Real Estate Business Trust, *et al.* | : | Magistrate Judge Abel |
| | : | |
| Defendants | | |

## ORDER

The Settlement Week conference set for December 11, 2012 is CANCELED. The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, James Carpenter, 41 S. High Street, Suite 2200, Columbus, Ohio 43215.

s/ Mark R. Abel
United States Magistrate Judge