IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Karen E. Wells, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00116 |
| v. | : | Judge Economus |
| Wal-Mart Real Estate Business Trust, *et al.* | : | Magistrate Judge Abel |
| | : | |
| Defendants | | |
| | : | |

## Status Conference Order

On March 27, 2013, counsel for the parties participated in a telephone status and scheduling conference with the Magistrate Judge.

Plaintiff Karen Wells has settled with Mal-Mart. The suit continues as to her claims against Metropolitan Property and Casualty Insurance Company. The disputes regarding the subpoenas plaintiff served on American Family Insurance Company and Rick McDermott have been resolved. Wells and Metropolitan are scheduling a private mediation for April or May. If the mediation is unsuccessful, the case will likely be ready for trial although Metropolitan has not yet made a final decision about whether to file a case-dispositive motion before trial.

<u>Status Report Due</u>.  Counsel are DIRECTED to call my office (614.719.3370) on or before **April 19, 2013** to set up another telephone conference to put a scheduling order in place. Alternatively, counsel may email me (mark_abel@ohsd.uscourts.gov) a

proposed scheduling order setting a date for case-dispositive motions and providing that Metropolitan may take the deposition of Ms. Wells' husband and another witness no later than 30 days before trial.

                                                                        <u>s/Mark R. Abel</u>
                                                                  United States Magistrate Judge